[This opinion has been published in *Ohio Official Reports* at 90 Ohio St.3d 54.]

THE STATE OF OHIO, APPELLEE, *v.* DUNCAN, APPELLANT.

[Cite as *State v. Duncan*, 2000-Ohio-12.]

*Criminal law—Search and seizure—Drugs—Smell of marijuana alone, by a person qualified to recognize the odor, is sufficient to establish probable cause to conduct a search—Court of appeals' judgment affirmed on authority of State v. Moore.*

(Nos. 99-2012 and 99-2046—Submitted July 25, 2000—Decided September 20, 2000.)

APPEAL from and CERTIFIED by the Court of Appeals for Fairfield County, No. 99-CA-32.

————————————

*Dagger, Johnston, Miller, Ogilvie & Hampson* and *Scott P. Wood*, for appellant.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Moore* (2000) 90 Ohio St.3d 47, 734 N.E.2d 804, decided today.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., concurs in judgment.

————————————